[No. 14566.  *En Banc.*  February 14, 1919.]

PHILIP ZURFLUH, *Appellant*, v. BERT HARTMAN *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Pacific county, Hewen, J., entered November 7, 1917, upon findings in favor of the defendants, in an action to foreclose a mortgage, tried to the court. Affirmed.

*Fred M. Bond,* for appellant.
*Lockerby & Wright,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein, as reported in 103 Wash. 452, 174 Pac. 963, and for the reasons there stated, the judgment is affirmed.

---

[No. 14750.  *En Banc.*  February 14, 1919.]

OLIVE COMPANY, *Appellant*, v. S. V. MEEK, *Respondent*, MAIN STREET GARAGE COMPANY, *Defendant.*[2]

Cross-appeals from a judgment of the superior court for Spokane county, Blake, J., entered December 13, 1917, upon findings in favor of the defendants, dismissing proceedings supplemental to execution, tried to the court.  Affirmed.

*Allen, Winston & Allen,* for appellant.
*John M. Gleeson* and *A. G. Gray,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein, as reported in 103 Wash. 467, 175 Pac. 33, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 178 Pac. 454.
[2]Reported in 178 Pac. 450.